Troutman Pepper Hamilton Sanders LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606



troutman.com

**Misha Tseytlin**
Partner
D 608.999.1240
F 312.759.1939
misha.tseytlin@troutman.com

November 10, 2022

**VIA CM/ECF**

Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

Re:  Logic Technology Development LLC v. U.S. Food & Drug Administration
     No. 22-3030

Dear Clerk:

On November 7, 2022, Dkt.11, the Court ordered Petitioner Logic Technology Development LLC ("Logic") to file redacted versions of Logic's Motion for a Stay, Dkt.8; Second Declaration of Corrado Mautone, Dkt.9; and Declaration of Bryan M. Haynes, with Exhibits, Dkt.10—which documents Logic had moved to file under seal because they contain highly sensitive and confidential business information, the disclosure of which would harm Logic's competitive standing, *see* Dkt.7 at 3–10 (citing *Rep. of Philippines v. Westinghouse Elec. Corp.*, 949 F.2d 653, 662 (3d Cir. 1991); *Mylan Inc. v. SmithKline Beecham Corp.*, 723 F.3d 413, 415 n.3 (3d Cir. 2013); *Littlejohn v. BIC Corp.*, 851 F.2d 673, 678 (3d Cir. 1988); *Nixon v. Warner Commc'ns*, 435 U.S. 589, 598 (1978)).

Per that order, Logic now files redacted versions of its Motion for a Stay, Dkt.8, and Second Declaration of Corrado Mautone, Dkt.9, redacting only "as little information as [Logic] believes possible," Dkt.11, so as to protect its highly sensitive and confidential business information from disclosure to its competitors.

As for the Declaration of Bryan M. Haynes, with Exhibits, Dkt.10, Logic respectfully maintains that the entirety of that document, including the entirety of the exhibits, contains highly sensitive and confidential business information, such that disclosure of any portion to its competitors would harm Logic's competitive standing.  Dkt.7 at 3–10 (citing *Nixon*, 435 U.S. at 597; *Westinghouse*, 949 F.2d at 662; *Mylan*, 723 F.3d at 415 n.3; *Judicial Watch, Inc. v. FDA*, 449 F.3d 141, 148 (D.C. Cir. 2006)).  Thus, Logic respectfully requests that this Court permanently

**Office of the Clerk**
November 10, 2022
Page 2



seal this document in its entirety, as Logic has more fully explained in its Motion to Seal, Dkt.7 at 3–10.

Sincerely,

<u>/s/Misha Tseytlin</u>
Misha Tseytlin

CC:   All counsel of record (via CM/ECF)